HENRY S. ANDERSON, Appellant, *v.* EDWARD T. DICKINSON,
Respondent.

*Anderson* v. *Dickinson*, 88 Hun, 614, affirmed.
(Argued October 26, 1898; decided November 22, 1898.)

APPEAL from an order of the late General Term of the
Supreme Court in the fifth judicial department, entered
November 17, 1895, reversing a judgment in favor of plaintiff
entered upon the report of a referee, and granting a new trial.

*F. D. Wright* for appellant.

*Herbert Green* for respondent.

Order affirmed and judgment absolute ordered for defend-
ant on the stipulation, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting.

---

HENRY TURROSHKE, Respondent, *v.* ADAM G. FRIEDERICH et al.,
Appellants.

*Turroshke* v. *Friederich*, 2 App. Div. 616, affirmed.
(Submitted October 26, 1898; decided November 22, 1898.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered in
February, 1896, upon an order affirming a judgment in favor
of plaintiff entered upon a verdict, and an order denying a
motion for a new trial.

*George F. Yeoman* for appellants.

*Norris Bull* for respondent.

Judgment and order affirmed, with costs.
All concur, except GRAY, J., absent.